**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| **WILLIE JAMES BROWN,** : | **7:23-cr-65-WLS-TQL-16** |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Before the Court is Defendant Willie James Brown's ("Brown") Motion for Continuance (Doc. 607). Therein, Brown requests a continuance of his sentencing hearing which is currently scheduled for December 18, 2024. Defendant's counsel states that a continuance is needed because Brown advised counsel that the United States Probation Office ("USPO") did not interview Brown in connection with preparing Brown's Presentence Investigation Report ("PSR"). Brown expressed to his counsel that some of the facts and/or evidence in relation to the PSR needs to be examined and reviewed with Brown by the USPO.

The Court is required to "impose a sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). Defendant entered a plea of guilty on September 19, 2024 (Docs. 522, 523). This is the first request to continue sentencing. However, the Court requires additional information from the Defendant prior to continuing the sentencing hearing.

Accordingly, the Motion for Continuance (Doc. 607) will be considered at the sentencing hearing on December 18, 2024.

**SO ORDERED**, this 17th day of December 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1